**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MUKTA PATEL, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:09-cv-3684-CAP |
| MUKESH C. PATEL, et al. | |
| Defendants. | |

**J U D G M E N T**

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 14th day of January, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: s/Andrea Gee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 14, 2011
James N. Hatten
Clerk of Court

By: s/Andrea Gee
Deputy Clerk